CITY BANK FARMERS TRUST COMPANY, as Trustee under a Trust Agreement, Dated July 26, 1935, Made by MARILYN MILLER O'BRIEN, Now Deceased, v. ADO THOMPSON MILLER and Others, and CHESTER LEO O'BRIEN, and EDWIN D. REYNOLDS and Another.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 707.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ. [See, also, *post*, p. 881.]

In the Matter of the Application of ROSE MILDRED SHERIDAN against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York, and as Trustee of the New York Fire Department Relief Fund.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 805.] Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of DRAKE HOLDING CORPORATION against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York. THE NORTH AMERICAN HOLDING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Another v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said Moscow Fire Insurance Company, of Moscow, Russia, and of the Said PAUL LUCKE, as Surviving Director and Conservator, and Others. SAMUEL E. MORRO [MORROW] and Others v. MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Others. UNITED STATES OF AMERICA.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Another v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said Moscow Fire Insurance Company, of Moscow, Russia, and of PAUL LUCKE, as Surviving Director and Conservator, and Others. SAMUEL MORRO [MORROW] and Others v. MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Others. UNITED STATES OF AMERICA. VLADIMIR A. MILLER.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LEPEL HIGH FREQUENCY LABORATORIES, INC., v. EMIL R. CAPITA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PHYLLIS CAMERON ISAAC v. LESTER B. ISAAC.— Motion granted and the order appealed from modified by providing that the examination shall take place not later than April 11, 1938; plaintiff's attorney of record to receive notice of the time and place to be set by defendant's counsel in sufficient time to enable plaintiff and her attorney of record to attend if they desire and to engage counsel at Rio de Janeiro, Brazil, and as so modified affirmed, without costs. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [See *ante*, p. 878. See, also, *ante*, p. 808.]

JACOB YOUNGERMAN v. EDITH YOUNGERMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.